UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES )<br>)<br>v.     )<br>)<br>JASON DUHAIME,     )<br>           Defendant.   )<br>) | Docket No. 22-CR-10290 |

DEFENDANT'S ASSENTED-TO MOTION TO CONTINUE TRIAL

The defendant, Jason Duhaime, moves to continue the trial in his case, currently scheduled for Tuesday, October 10, 2023, to Monday, November 27, 2023. As grounds therefore, he submits that undersigned counsel require further time for pre-trial discussions with the prosecution and trial preparation. Mr. Duhaime agrees to exclude the time period of the continuance from the speedy trial clock.

Mr. Duhaime also requests that the final pre-trial conference and the deadline for the joint pre-trial memorandum be continued to any date the week of November 13, 2023, according to the convenience of the Court. Mr. Duhaime is not requesting any continuance for earlier dates in the matter, including the hearing on his motion to suppress currently scheduled for September 27, 2023. Undersigned counsel has conferred with the attorneys for the prosecution, who assent to this motion, including the proposed trial date.

Respectfully submitted,

/s/ Rachel Stroup
Rachel Stroup (BBO #667410)
Thomas Miller (BBO #708133)
Zalkind Duncan & Bernstein LLP
65a Atlantic Avenue
Boston, MA 02110
rstroup@zalkindlaw.com
tmiller@zalkindlaw.com
(617) 742-6020

Dated: September 7, 2023

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon all parties by electronic filing on the above date.

                                          /s/ Rachel Stroup_____
                                          Rachel Stroup