# United States Court of Appeals
## For the First Circuit

---

No. 25-1168

UNITED STATES,

Appellee,

v.

JASON DUHAIME,

Defendant - Appellant.

---

### JUDGMENT

Entered: June 9, 2025
Pursuant to 1st Cir. R. 27.0(d)

      Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

      Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Judith H. Mizner
Jonathan Scott Lauer
Jason Duhaime
Donald Campbell Lockhart
Jason A. Casey
Timothy Kistner